IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.                              CRIMINAL NO.  1:07CR6
                                              (Judge Keeley)


SAMANTHA LORETTA,

                    Defendant.


ORDER ADOPTING MAGISTRATE JUDGE'S
RECOMMENDATION THAT DEFENDANT'S GUILTY PLEA
BE ACCEPTED AND SCHEDULING SENTENCING HEARING

On July 18, 2007, defendant, SAMANTHA LORETTA, appeared before
United States Magistrate Judge John S. Kaull and moved this Court
for permission to enter a plea of GUILTY to Count Two of the
Superseding Indictment. The defendant stated that he understood
that the magistrate judge is not a United States District Judge,
and consented to pleading before the magistrate judge.  This Court
had referred the guilty plea to the magistrate judge for the
purposes of administering the allocution pursuant to Federal Rule
of Criminal Procedure 11, making a finding as to whether the plea
was knowingly and voluntarily entered, and recommending to this
Court whether the plea should be accepted.

Based upon the defendant's statements during the plea hearing
and the testimony of Deputy Darren Stout, the magistrate judge
found that the defendant was competent to enter a plea, that the
plea was freely and voluntarily given, that the defendant was aware
of the nature of the charges against him and the consequences of
his plea, and that a factual basis existed for the tendered plea.

USA v. SAMANTHA LORETTA                                    1:07CR6

**ORDER ADOPTING MAGISTRATE JUDGE'S
RECOMMENDATION THAT DEFENDANT'S GUILTY PLEA
BE ACCEPTED AND SCHEDULING SENTENCING HEARING**

On July 25, 2007, the magistrate judge entered an order finding a factual basis for the plea and recommended that this Court accept the plea of guilty to Count Two of the Superseding Indictment.

The magistrate judge also directed the parties to file any written objections to the report and recommendation within ten (10) days after service of the report and recommendation. The magistrate judge further directed that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the report and recommendation.

The parties did not file any objections. Accordingly, this Court finds that the magistrate judge's recommendation should be **ADOPTED** and **ACCEPTS** the plea of guilty to Count Two of the Superseding Indictment.

The Court **ADJUGES** the defendant **GUILTY** of the crime charged in Count Two. Pursuant to Fed. R. Crim. P. 11(c)(3)(A) and U.S.S.G. § 6B1.1(c), acceptance of the proposed plea agreement is **DEFERRED** until the Court has received and reviewed the presentence report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., it is hereby **ORDERED** that:

1. The Probation Officer undertake a presentence investigation of **SAMANTHA LORETTA** and prepare a presentence report for the Court;

2

USA v. SAMANTHA LORETTA                                        1:07CR6

**ORDER ADOPTING MAGISTRATE JUDGE'S
RECOMMENDATION THAT DEFENDANT'S GUILTY PLEA
BE ACCEPTED AND SCHEDULING SENTENCING HEARING**

2.   **The Government and the defendant are to provide their versions of the offense to the Probation Officer by August 23, 2007;**

3.   The presentence report is to be disclosed to the defendant, defense counsel, and the United States on or before **September 24, 2007**; however, the Probation Officer is directed not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(b)(6)(A);

4.   Counsel shall file **WRITTEN OBJECTIONS** to the presentence report and may file a **SENTENCING MEMORANDUM** that evaluates sentencing factors the parties believe to be relevant under 18 U.S.C. § 3553(a) (including the sentencing range under the advisory Guidelines) and explains any proposed sentence, on or before **October 9, 2007;**

5.   The Probation Officer shall submit to the Court the presentence report with addendum on or before **October 23, 2007**; and

6.   Sentencing is set for **November 7, 2007** at **11:30 a.m.**

7.   The Court remanded the defendant to the custody of the United States Marshals.

It is so **ORDERED**.

3

**USA v. SAMANTHA LORETTA**                                                    **1:07CR6**

### ORDER ADOPTING MAGISTRATE JUDGE'S
### RECOMMENDATION THAT DEFENDANT'S GUILTY PLEA
### BE ACCEPTED AND SCHEDULING SENTENCING HEARING

The Clerk is directed to transmit copies of this Order to counsel of record, the defendant and all appropriate agencies.

DATED: August 9, 2007

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

4